IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ESTATE OF JOHN R.H. THOURON, CHARLES H. NORRIS, EXECUTOR,<br><br>Plaintiff,<br><br>v.<br><br>CECIL SMITH & ASSOCIATES, PC, CECIL SMITH, GIBBS PROFESSIONAL CORPORATION, AND LARRY GIBBS,<br><br>Defendants. | CIVIL ACTION<br>NO. 12-3421 |

## **ORDER**

**AND NOW**, this 3rd day of January 2013, it is **ORDERED** that:

1) Defendants Cecil Smith & Associates, PC and Cecil Smith's ("Defendants") Motion to Dismiss or, in the alternative, to Transfer Venue (Doc. No. 12) is **DENIED**.

2) Defendants shall file an Answer to the Complaint within twenty (20) days from the date of this Order.

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.